SPIRO MOORE LLP
Ira Spiro, Cal. Bar #67641,
    Ira@spiromoore.com
Jennifer L. Connor, Cal. Bar #241480
    Jennifer@spiromoore.com
Denise L. Diaz, Cal. Bar #159516
    Deniseldiaz@Gmail.Com.
Justin F. Marquez, Cal. Bar #262417
    Justin@Spiromoore.Com
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Tel (310) 235-2468, Fax (310) 235-2456

LITTLER MENDELSON, P.C.
Arthur M. Eidelhoch, Cal. Bar #168096
    aeidelhoch@littler.com
Aimee E. Axelrod, Cal. Bar #255589
    aaxelrod@littler.com
650 California Street, 20th Floor
San Francisco, California 94108
Tel (415) 433-1940, Fax (415) 399-8490

[Additional Counsel listed *infra*]

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HCR MANORCARE; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC; MANOR CARE, INC.; and DOES 1 through 10 inclusive<br><br>    Defendants. | CASE NO. 12-cv-04092 NJ M<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES BY ONE WEEK; [Proposed] ORDER**<br><br>Complaint Filed:  August 03, 2012 |

1
Stipulation To Extend Time For Parties To Exchange Initial Disclosures; [Proposed] Order;
Case No. 12-cv-04092 LHK

1  LAW OFFICE OF SAHAG MAJARIAN II
2  Sahag Majarian II, Cal. Bar # 146621
      sahagii@aol.com
3  18250 Ventura Boulevard
4  Tarzana, California 91356
   Tel (818) 609-0807, Fax (818) 609-0892
5
6  Attorneys for Plaintiff

Pursuant to Local Rule 16-2 the parties, by and through their respective counsel, stipulate and agree that Plaintiff ELSY GARCIA DE MIRA ("Plaintiff") and Defendants HCR MANORCARE, INC. (erroneously sued as HCR MANORCARE); HCR MANORCARE MEDICAL SERVICE OF FLORIDA, LLC and MANORCARE, INC. (collectively, Defendants) shall both mutually have an extension of *one week*, or until *October 16, 2012*, to produce and exchange Initial Disclosures pursuant to Federal Rules of Civil Procedure, Rule 26.  The Order Setting Initial Case Management Conference requires that Initial Disclosures to be completed by October 9, 2012, but due to the limited availability of counsel and because a modest extension is in the interests of justice, the parties agree to an extension of one week, until October 16, 2012, to complete the exchange.

IT IS SO STIPULATED.

Pursuant to Local Rule 5-1, I, Jennifer L. Connor, obtained concurrence from signatory in filing.

SPIRO MOORE LLP

Date:  October 3, 2012

/s/ *Jennifer L. Connor*
IRA SPIRO
JENNIFER L. CONNOR
DENISE L. DIAZ
JUSTIN MARQUEZ
Attorneys for Plaintiff

Date: October 3, 2012

LITTLER MENDELSON, P.C.

 /s/ *Arthur M. Eidelhoch*
ARTHUR M. EIDELHOCH
AIMEE E. AXELROD
Attorneys for Defendants

# [~~PROPOSED~~] ORDER

Good cause appearing.

**IT IS HEREBY ORDERED** that the Order Setting Initial Case Management Conference And ADR Deadlines be modified to continue the deadline for

    1.    Last day to "complete initial disclosures or state objection in Rule 26(f) Report" from October 9, 2012 to October 16, 2012.

_____    */s/ Lucy H. Koh*
Dated: October 26, 2012                                         LUCY H. KOH
                                                                        United States District Judge