UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>HCR MANORARE; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC; MANOR CARE, INC.; and DOES 1 through 10 inclusive,<br><br>                Defendants. | Case No.: 12-CV-04092<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On May 29, 2013, the parties filed a Joint Case Management Conference Statement in which the parties state that, on May 7, 2013, the parties engaged in a full-day mediation and that the parties view the mediation as a success. ECF No. 38. The parties state that they need more time for completion of a settlement. *Id.* The parties request that the Case Management Conference scheduled for June 5, 2013 be continued.

The Court hereby CONTINUES the June 5, 2013 Case Management Conference to June 26, 2013. In lieu of filing a Joint Case Management Conference Statement on June 19, 2013, the parties may file a Motion for Preliminary Approval of the Settlement Agreement. All other dates and deadlines remain as set.

1

Case No.: 12-CV-04092
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: May 30, 2013

_____
LUCY H. KOH
United States District Judge