| | |
|---|---|
| 1 | SPIRO MOORE LLP |
|   | Ira Spiro, Cal. Bar #67641 |
| 2 | Ira@spiromoore.com |
|   | Jennifer L. Connor, Cal. Bar #241480 |
| 3 | Jennifer@spiromoore.com |
|   | Denise L. Diaz, Cal. Bar #159516 |
| 4 | Deniseldiaz@gmail.com |
|   | Justin F. Marquez, Cal. Bar #262417 |
| 5 | Justin@spiromoore.com |
|   | 11377 W. Olympic Blvd., Fifth Floor |
| 6 | Los Angeles, California 90064 |
|   | Telephone:  (310) 235-2468 |
| 7 | Facsimile:  (310) 235-2456 |
| 8 | Attorneys for Plaintiff |
|   | LITTLER MENDELSON, P.C. |
| 9 | Arthur M. Eidelhoch, Cal. Bar #168096 |
|   | aeidelhoch@littler.com |
| 10 | Galen M. Lichtenstein, Cal Bar #251274 |
|    | glichtenstein@littler.com |
| 11 | 650 California Street, 20th Floor |
|    | San Francisco, California  94108.2693 |
| 12 | Telephone:    415.433.1940 |
|    | Facsimile:     415.399.8490 |
| 13 | Attorneys for Defendant |
| 14 | HEARTLAND EMPLOYMENT SERVICES, LLC |
| 15 | [Additional Counsel Listed *Infra*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated, | | Case No.  12-cv-04092 LHK |
| | | **CLASS ACTION** |
| Plaintiff, | | **JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER** |
| v. | | Date:     June 26, 2013 |
| HCR MANORCARE; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC; MANOR CARE, INC.; and DOES 1 through 10, inclusive, | | Time:    2:00 p.m. |
| | | Rm:       Courtroom 8, 4th Floor |
| | | Complaint Filed:  August 3, 2012 |
| Defendants. | | |

JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER                                                                                Case No. 12-cv-04092 LHK

| | |
|---|---|
| 1 | LAW OFFICE OF SAHAG MAJARIAN II |
| | Sahag Majarian II, Cal. Bar # 146621 |
| 2 | sahagii@aol.com |
| | 18250 Ventura Boulevard |
| 3 | Tarzana, California 91356 |
| | Telephone: (818) 6i09-0807 |
| 4 | Facsimile: (818) 609-0892 |
| 5 | Attorneys for Plaintiff |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

On May 7, 2013, the Parties engaged in a full-day mediation. The Parties viewed the mediation as a success, but reported that they needed more time for completion. As a result, on May 30, 2013, the Court granted the Parties' request to continue the previously-scheduled Case Management Conference until June 26, 2013. [D.E. 39]

The Parties have been working diligently over the past several weeks to finalize the core terms of the settlement and expect to circulate a settlement agreement and related exhibits soon. Simultaneously, the Parties are drafting documents for the anticipated motion for preliminary approval which will include a formal Settlement Agreement, Notice and Motion For Preliminary Approval, Supporting Declarations, Notice Materials (*e.g.* Class Notice and Claim Form), and Proposed Order. Additionally, the Parties have been discussing the selection of a third-party administrator and Defendants will be assembling a complete list of proposed settlement class members.

Given the foregoing and lead defense counsel's pre-planned vacation from July 11 through 21, the Parties anticipate that the completion of the drafting and approval of settlement documents, as well as the motion for preliminary approval, supporting documents, and related data, will be ready for filing on or before Friday, August 9, 2013 (less than 25 business days after the currently scheduled Case Management Conference, excluding lead defense counsel's pre-planned out of state travel).

While the Parties are available to update the Court on June 26, 2013, if so desired, given the foregoing, the Parties prefer that the Court vacate the current Case Management Conference and instead simply set a date certain for the filing of preliminary approval papers within the time frame stated above.

JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER   1   Case No. 12-cv-04092 LHK

| | | |
|---|---|---|
| 1 | Dated: June 18, 2013 | SPIRO MOORE LLP |
| 2 | | |
| 3 | | By: */s/ Jennifer L. Connor*<br>IRA SPIRO |
| 4 | | JENNIFER L. CONNOR<br>JUSTIN F. MARQUEZ |
| 5 | | Attorneys for Plaintiff ELSY DE MIRA and the putative class |

Dated: June 18, 2013                                    LITTLER MENDELSON, P.C.

By:  */s/ Arthur M. Eidelhoch*
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
Attorneys for Defendant HEARTLAND
EMPLOYMENT SERVICES, LLC

# [~~PROPOSED~~] ORDER

Based on the foregoing,

A.   The Parties shall file a Motion For Preliminary Approval, along with supporting documents, by August 9, 2013 [~~or, by~~                    ]; AND

B.   The Case Management Conference, currently calendared for June 26, 2013 is: ~~VACATED,~~ CONTINUED until  August 21  , 2013, ~~or REMAINS AS SCHEDULED~~.

Dated:  June 22, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
Judge of the United States District Court