1    SPIRO MOORE LLP
     Ira Spiro, Cal. Bar #67641
2      Ira@spiromoore.com
     Jennifer L. Connor, Cal. Bar #241480
3      Jennifer@spiromoore.com
     Denise L. Diaz, Cal. Bar #159516
4      Deniseldiaz@gmail.com
     Justin F. Marquez, Cal. Bar #262417
5      Justin@spiromoore.com
     11377 W. Olympic Blvd., Fifth Floor
6    Los Angeles, California 90064
     Telephone:  (310) 235-2468
7    Facsimile:  (310) 235-2456

8    Attorneys for Plaintiff

     LITTLER MENDELSON, P.C.
9    Arthur M. Eidelhoch, Cal. Bar #168096
       aeidelhoch@littler.com
10   Galen M. Lichtenstein, Cal Bar #251274
       glichtenstein@littler.com
11   650 California Street, 20th Floor
     San Francisco, California  94108.2693
12   Telephone:    415.433.1940
     Facsimile:    415.399.8490

13   Attorneys for Defendant

14   HEARTLAND EMPLOYMENT SERVICES, LLC

15   [Additional Counsel Listed *Infra*]

16                  UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19   ELSY GARCIA DE MIRA, individually,        Case No.  12-cv-04092 LHK
     and on behalf of all others similarly
20   situated,                                 **CLASS ACTION**

21                      Plaintiff,             **JOINT CASE MANAGEMENT
                                               STATEMENT; [~~PROPOSED~~] ORDER**
22         v.
                                               Date:      June 26, 2013
23   HCR MANORCARE; HCR                        Time:      2:00 p.m.
     MANORCARE MEDICAL SERVICES               Rm:        Courtroom 8, 4th Floor
24   OF FLORIDA, LLC; MANOR CARE,
     INC.; and DOES 1 through 10, inclusive,   Complaint Filed:  August 3, 2012
25
                      Defendants.
26

27

28

     JOINT   CASE   MANAGEMENT   STATEMENT;                    Case No. 12-cv-04092 LHK
     [~~PROPOSED~~] ORDER

1

LAW OFFICE OF SAHAG MAJARIAN II
Sahag Majarian II, Cal. Bar # 146621

2

sahagii@aol.com
18250 Ventura Boulevard

3

Tarzana, California  91356
Telephone:  (818) 6i09-0807

4

Facsimile:  (818) 609-0892

5

Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On May 7, 2013, the Parties engaged in a full-day mediation.  The Parties viewed the mediation as a success, but reported that they needed more time for completion.  As a result, on May 30, 2013, the Court granted the Parties' request to continue the previously-scheduled Case Management Conference until June 26, 2013. [D.E. 39]

The Parties have been working diligently over the past several weeks to finalize the core terms of the settlement and expect to circulate a settlement agreement and related exhibits soon. Simultaneously, the Parties are drafting documents for the anticipated motion for preliminary approval which will include a formal Settlement Agreement, Notice and Motion For Preliminary Approval, Supporting Declarations, Notice Materials (*e.g.* Class Notice and Claim Form), and Proposed Order.  Additionally, the Parties have been discussing the selection of a third-party administrator and Defendants will be assembling a complete list of proposed settlement class members.

Given the foregoing and lead defense counsel's pre-planned vacation from July 11 through 21, the Parties anticipate that the completion of the drafting and approval of settlement documents, as well as the motion for preliminary approval, supporting documents, and related data, will be ready for filing on or before Friday, August 9, 2013 (less than 25 business days after the currently scheduled Case Management Conference, excluding lead defense counsel's pre-planned out of state travel).

While the Parties are available to update the Court on June 26, 2013, if so desired, given the foregoing, the Parties prefer that the Court vacate the current Case Management Conference and instead simply set a date certain for the filing of preliminary approval papers within the time frame stated above.

JOINT   CASE   MANAGEMENT   STATEMENT;
[~~PROPOSED~~] ORDER

1

Case No. 12-cv-04092 LHK

1    Dated: June 18, 2013                                SPIRO MOORE LLP

2
                                                         By:  /s/ Jennifer L. Connor
3                                                        IRA SPIRO
                                                         JENNIFER L. CONNOR
4                                                        JUSTIN F. MARQUEZ
                                                         Attorneys for Plaintiff ELSY DE MIRA and the
5                                                        putative class

6

7    Dated: June 18, 2013                                LITTLER MENDELSON, P.C.

8

9                                                        By:  /s/ Arthur M. Eidelhoch
                                                         ARTHUR M. EIDELHOCH
10                                                       GALEN M. LICHTENSTEIN
                                                         Attorneys for Defendant HEARTLAND
11                                                       EMPLOYMENT SERVICES, LLC

12

13                              **[~~PROPOSED~~] ORDER**

14          Based on the foregoing,

15

16          A.      The Parties shall file a Motion For Preliminary Approval, along with supporting

17   documents, by August 9, 2013 ~~[or, by~~ _____~~];~~ AND

18

19          B.      The Case Management Conference, currently calendared for June 26, 2013 is:

20   ~~VACATED,~~ CONTINUED until  August 21_____, 2013, ~~or REMAINS AS SCHEDULED~~.

21

22   Dated:  June 22, 2013_____                      _Lucy H. Koh_____
                                                         Honorable Lucy H. Koh
23                                                       Judge of the United States District Court

24

25

26

27

28