SPIRO MOORE LLP
Ira Spiro, Cal. Bar #67641,
   Ira@spiromoore.com
Jennifer L. Connor, Cal. Bar #241480
   Jennifer@spiromoore.com
Denise L. Diaz, Cal. Bar #159516
   Deniseldiaz@Gmail.Com.
Justin F. Marquez, Cal. Bar #262417
   Justin@Spiromoore.Com
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Tel (310) 235-2468, Fax (310) 235-2456

LAW OFFICE OF SAHAG MAJARIAN II
Sahag Majarian II - Cal. Bar #146621
   Sahagii@aol.com
18250 Ventura Boulevard
Tarzana, CA 91356
Tel.: (818) 609-0807; Fax: (818) 609-0892

Attorneys For Plaintiff Elsy Garcia De Mira

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HEARTLAND EMPLOYMENT SERVICE, LLC.; and DOES 1 through 10 inclusive<br><br>    Defendants. | CASE NO: CV 12-04092 LHK<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with Plaintiff's Motion For Preliminary Approval; Memorandum Of Points And Authorities; Declaration Of Jennifer L. Connor; Declaration Of Elsy De Mira; and [Proposed] Order submitted herewith]<br><br>**HEARING**<br>Date:   September 26, 2013<br>Time:  1:30 p.m.<br>Place:  Ctrm. 8 – 4th Floor<br><br>Action Filed: August 3, 2012<br>Trial Date: August 18, 2014 |

**TO THE COURT, TO ALL PARITES, AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on a September 26, 2013 at 1:30 p.m., or as soon thereafter as the matter can be heard in Courtroom No. 8 in the above-entitled action located at 280 South 1st Street, San Jose, California, Plaintiff Elsy Garcia De Mira ("Plaintiff") will move the Court for an Order granting preliminary approval of the proposed class action settlement between Plaintiff and Defendant Heartland Employment Services, LLC ("Defendant" or "Heartland").  Plaintiff will further move the Court for an Order:

1. Certifying a Class for settlement purposes;
2. Appointing Elsy Garcia De Mira as the Class Representative for settlement purposes;
3. Appointing Plaintiff's Counsel, Spiro Moore, LLP and Law Offices Of Sahag Majarian II as Class Counsel for settlement purposes;
4. Approving the [Proposed] Notice Of Class Action Settlement in the form provided by the Parties and pursuant to the proposed settlement;
5. Approving the [Proposed] Claim Form in the form provided by the Parties pursuant to the propose settlement;
6. Approving the opt-out and objection procedures provided in the Settlement presented to the Court;
7. Directing a third-party administrator, currently proposed as Gilardi & Co., LLC to mail Notice Of Proposed Class Action Settlement to Plaintiff Class Members and otherwise administer the proposed Settlement; and
8. Set a Final Approval Hearing date.

1  This Motion will be based upon this Notice, Plaintiff's Motion For Preliminary Approval with the
2  attached Memorandum of Points And Authorities, along with the Declaration of Jennifer L.
3  Connor and the Declaration of Elsy Garcia De Mira submitted concurrently herewith, including
4  the attached Settlement Agreement entered into by the Parties and other attached exhibits, the
5  records and files in this action, and any further evidence or argument that the Court may properly
6  receive at or before the hearing of said motion.

Date: August 19, 2013

Respectfully submitted,

**SPIRO MOORE LLP**

By: /s/ Jennifer L. Connor
    Jennifer Connor
    Ira Spiro
    Justin Marquez
    Denise Diaz
Attorneys for Plaintiff and the putative Class