UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC; HCR MANORARE; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC; MANOR CARE, INC.; and DOES 1 through 10 inclusive,<br><br>                Defendants. | Case No.: 12-CV-04092-LHK<br><br>ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

The Court held a Hearing on Plaintiff's unopposed Motion for Preliminary Approval of Settlement, ECF. 45, on September 26, 2013, at 9:30 a.m. This Hearing is hereby CONTINUED to October 16, 2013, at 11 a.m. The Court shall defer ruling on the Motion for Preliminary Approval until that time.

By October 10, 2013, the parties shall file supplemental documents relating to the matters raised in today's Hearing.

**IT IS SO ORDERED.**

Dated: September 26, 2013

                                                      _Lucy H. Koh_
                                                      LUCY H. KOH
                                                      United States District Judge