**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC; HCR MANORARE; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC; MANOR CARE, INC.; and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No.: 12-CV-04092-LHK<br><br><br><br>ORDER VACATING DATES |

On October 16, 2013, the Court GRANTED Plaintiff's Motion for Conditional Certification of Settlement Class, Preliminary Approval of Settlement, and Approval of Class Notice and Claim Form, and of Settlement Administrator. ECF No. 59. Accordingly, the Court VACATES the final pretrial conference, currently set for July 31, 2014, at 1:30 p.m., and trial, currently set to begin August 18, 2014, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 17, 2013

　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1