UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARTLAND EMPLOYMENT SERVICE, LLC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 12-CV-04092 LHK<br><br>**ORDER GRANTING INCENTIVE AWARD AND INDIVIDUAL PAYMENT** |

The Motion of Plaintiff Elsy De Mira ("Plaintiff") for incentive award of $5,000 and individual payment of $8,500 for global release of all claims and waiver of all rights to employment with Defendant, came on regularly for hearing before this Court on February 27, 2014. Good cause appearing therefore:

IT IS HEREBY ORDERED that said motion is GRANTED. Plaintiff shall be granted an incentive award of $5,000 and individual payment of $8,500 which shall be paid in addition to their appropriate share of the settlement proceeds.

Dated: March 13, 2014

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1