1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

| | |
|---|---|
| ELSY GARCIA DE MIRA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HCR MANORCARE; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC; MANOR CARE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  12-cv-04092 LHK<br><br>**JUDGMENT AND DISMISSAL** |

1      PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ENTERED ON MARCH 13, 2014, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    1.     The Revised (October 2013) Class Action Settlement Agreement And Stipulation ("Settlement Agreement"), previously submitted and on file (ECF No. 57-1), shall be incorporated into this Judgment as though all terms therein are set forth in full.  The capitalized terms in this Judgment shall have the meanings set forth in the Settlement Agreement.

    2.     All claims asserted in this Action by the Named Plaintiff Elsy Garcia De Mira and the Plaintiff Class Members shall be and hereby are DISMISSED WITH PREJUDICE.  Except as set forth in the Settlement Agreement, each party is to bear her/its own attorneys' fees and costs.  All Class Members who did not timely opt out from the Settlement are permanently enjoined from pursuing, or seeking to reopen, any of the Settled Claims, as defined in the Settlement Agreement.

    3.     Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned Action and the Parties, including all Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement Agreement and the Final Approval Order.

    4.     The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  March 13, 2014

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE